**\*\* E-filed March 12, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NILESH PATEL, | No. C09-05383 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| ERIC H. HOLDER, JR., et al., | **[Re: Docket No. 8]** |
| Defendants. | |

Upon filing, this action was scheduled for an Initial Case Management Conference on March 16, 2010. Plaintiff now advises the court that he has not yet completed service on defendants and requests a ninety-day continuance of the Initial Case Management Conference to provide defendants with sufficient time to review and answer plaintiff's writ of mandamus.

Good cause appearing, the Initial Case Management Conference is hereby CONTINUED to **June 15, 2010 at 1:30 pm** in Courtroom 2, 5th floor of the United States District Court, San Jose. The parties shall submit a Joint Case Management Statement no later than **June 8, 2010**.

**IT IS SO ORDERED.**

Dated: March 12, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-05383 HRL Notice will be electronically mailed to:**

Gabriel Dylan Jack    gjack@mj-law.com, muston@mj-law.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**