1   JOSEPH P. RUSSONIELLO, CSBN 44332                    **E-filed May 24, 2010**
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11
    NILESH PATEL,                          )
12                                         )  No. C 09-5383 HRL
                      Plaintiff,           )
13                                         )
             v.                            )  **PARTIES' CONSENT TO MAGISTRATE
14                                         )  JUDGE JURISDICTION; STIPULATION
    ERIC H. HOLDER, JR., Attorney General  )  TO DISMISS; AND** [PROPOSED]
15  of the United States; JANET NAPOLITANO,)  **ORDER**
    Secretary, Department of Homeland Security;)
16  CAROL KELLER, District Director, San Jose,)
    U.S. Citizenship and Immigration Services;)
17                                         )
                      Defendants.          )
18  _____ )

19      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

20  Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

21  conduct any and all further proceedings in the case, including trial, and order the entry of a final

22  judgment.

23      Additionally, Plaintiff, by and through his attorney of record, and Defendants, by and through

24  their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

25  above-entitled action without prejudice in light of the fact that the United States Citizenship and

26  Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

27  agrees to do so within 30 days of the dismissal of this action.  See 8 U.S.C. § 1447(b).

28

1    Each of the parties shall bear their own costs and fees.

2    Dated: May 21, 2010                          Respectfully submitted,

3                                                 JOSEPH P. RUSSONIELLO
                                                  United States Attorney
4

5                                                 _____/s/_____
                                                  ILA C. DEISS[1]
6                                                 Assistant United States Attorney
                                                  Attorneys for Defendants
7

8

9    Date: May 20, 2010                           _____/s/_____
                                                  GABRIEL D. JACK
10                                                Attorney for Plaintiff

11

12                                    **ORDER**

13   Pursuant to stipulation, IT IS SO ORDERED.

14

15   Date:   May 24, 2010

16                                                _____
                                                  HOWARD R. LLOYD
17                                                United States Magistrate Judge

18

19

20

21

22

23

24

25

26   _____

27       [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
     indicated by a "conformed" signature (/S/) within this e-filed document.
28

     Stipulation to Dismiss
     C 09-5383 HRL                          2